**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| James Wright<br>　　　Plaintiff,<br><br>v.<br><br>RPS Worldwide, Inc.<br>　　　Defendant. | Case No. 2:10-cv-01504-NBF<br><br>Judge: Nora Barry Fischer<br><br><br>**PLAINTIFF'S MOTION TO ENFORCE**<br>**SETTLEMENT AGREEMENT** |

Now comes Plaintiff, James Wright, by and through counsel, and respectfully requests this Honorable Court to enforce a settlement agreement between the parties by entering a Judgment against RPS Worldwide, Inc. for the settlement amount plus attorney's fees incurred in enforcing the agreement.  In support hereof, the following are attached:

1.   Plaintiff's Supporting Memorandum of Law

2.   Affidavit of Sid R. Klemm

3.   Various Exhibits

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:___/s/ Jeffrey S. Hyslip___
　　　Jeffrey S. Hyslip
　　　Attorney for Plaintiff
　　　233 S. Wacker Dr., Suite 5150
　　　Chicago, IL 60606
　　　Telephone: 1.866.339.1156
　　　jsh@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2011 a copy of the foregoing Notice was filed

electronically.  Notice of this filing will be sent by operation of the Court's electronic

filing system to all parties indicated on the electronic filing receipt.  The following parties

were served through U.S. Mail on April 28, 2011.

RPS Worldwide, Inc.
c/o John W. Zielinski, Esq.
NeJame, LaFay, Jancha, Ahmed,
Barker & Joshi P.A.
189 South Orange Avenue
Suite 1800
Orlando, FL 32801

/s/ Jeffrey Hyslip