## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| James Wright | Case No. 2:10-cv-01504-NBF |
| Plaintiff, | Judge: Nora Barry Fischer |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT |
| RPS Worldwide, Inc. | |
| Defendant. | |

For Good Cause Shown, the Court hereby Grants Plaintiff's Motion to Enforce Settlement Agreement between the parties, the clerk of court is directed to enter Judgment Against Defendant RPS Worldwide, Inc., and in favor of Plaintiff James Wright in the amount of $5,837.50, *no response having been filed by the defendant, RPS Worldwide, Inc.*

SUBMITTED BY,

Legal Helpers, P.C.
Jeffrey S. Hyslip
Attorney for Plaintiffs
233 S. Wacker Dr.
Suite 5150
Chicago, IL 60606
Telephone: 1.866.339.1156

IT IS SO ORDERED.

*Dated: May 18, 2011*

/s/ Nora Barry Fischer
JUDGE Nora Barr Fisher